IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PETER JAMES SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 2:21-cv-335-ECM |
| ) | (WO) |
| RETIREMENT SYSTEMS OF ) | |
| ALABAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On March 17, 2022, the Magistrate Judge entered a Recommendation (doc. 17) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for failure to comply with the orders of the Court.

A separate Final Judgment will be entered.

Done this 5th day of April, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE